THOMAS E. MOSS, IDAHO BAR NO. 1058
UNITED STATES ATTORNEY
DEBORAH A. FERGUSON, IDAHO BAR NO. 5333
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP, PLAZA IV
800 PARK BLVD., SUITE 600
BOISE, IDAHO 83712
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1414

Attorney for Respondent

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RED'S TRADING POST, INC., | ) Cv. No. CV-07-00090-EJL |
| | ) |
| Petitioner, | ) **FOURTH STATUS REPORT OF** |
| | ) **SUBSEQUENT VIOLATIONS OF** |
| vs. | ) **GUN CONTROL ACT AND** |
| | ) **NOTICE OF VIOLATION OF** |
| RICHARD VAN LOAN, Director of Industry | ) **COURT ORDERS** |
| Operations, Bureau of Alcohol, Tobacco, | ) |
| Firearms and Explosives, | ) |
| | ) |
| Respondent. | ) |
| | ) |
| | ) |

The United States of America, on behalf of its agency, the Bureau of Alcohol, Tobacco,

Firearms and Explosives (ATF), and its employees, by and through its counsel, Deborah A.

Ferguson, Assistant United States Attorney for the District of Idaho, notifies the Court that Red's

Trading Post was inspected on February 6, 2008, pursuant to the terms of the Court's

**FOURTH STATUS REPORT OF SUBSEQUENT VIOLATIONS OF GUN CONTROL ACT AND NOTICE OF VIOLATION OF COURT ORDERS- I**

Memorandum Orders dated April 30, 2007 and June 17, 2007.  Four separate violations of the

Gun Control Act were found.  The Third Declaration of Inspector Area Supervisor Linda Young

is filed in support of this status report.  Attached as Exhibit A to the Young Declaration is her

Firearms Special Inspection Report.  The Inspection Report details the violations that occurred in

the inspection period of September 18, 2007 through February 6, 2008.  The following four

violations of the Gun Control Act were found:

      1.     The licensee failed to initiate a NICS check on two firearms purchasers in violation of 27 CFR 478.102(a) .  The licensee initiated one NICS check on one date and transferred a firearm.  On a subsequent date the licensee transferred a second firearm to the purchaser without a second NICS check as instructed on the ATF F 4473; Instruction 12.  *See* Young Decl., Exhibit A, p. 4.

      2.     The licensee failed to complete an ATF F 4473 for two firearms transactions in violation of 27 CFR 478.124(a).  The licensee transferred one firearm to a purchaser on one date and a second firearm to the same purchaser on a second date.  The second firearm was added to the original ATF F 4473.  Instruction 12 to the Seller/Transferor on the ATF F 4473 states that additional firearms purchases by the same buyer may not be added to the form after the seller has signed and dated it.  *See* Young Decl., Exhibit A, pp. 4-5.

      3.     The licensee failed to obtain an acceptable form of Government Identification and to verify the information on the identification to the ATF F 4473 in violation of 27 CFR 478.124(c)(3)(I).  The licensee accepted a Montana Driver's License when the purchaser indicated an Idaho current residence address on the ATF F 4473.  *See* Young Decl., Exhibit A, p. 5.

      4.     The licensee failed to maintain an accurate Acquisition Record in violation of 27 CFR 478.125(e).  The licensee entered two firearms with inaccurate serial numbers.  *See* Young Decl., Exhibit A, pp. 5-6.

      A Report of Violations, ATF F 5030.5, was issued to Red's Trading Post, Inc.  At this

time, the inspections conducted on May 23, 2007,  June 18, 2007 and February 6, 2008 of Red's

Trading Post, Inc. have found numerous and repeated violations of the Gun Control Act (GCA)

**FOURTH STATUS REPORT OF SUBSEQUENT VIOLATIONS OF GUN CONTROL ACT AND NOTICE OF VIOLATION OF  COURT ORDERS- 2**

during the pendency of the Court's injunction allowing Petitioner to continue dealing in the sale

of firearms.

DATED this _19_ day of February, 2008.

THOMAS E. MOSS
United States Attorney


DEBORAH A. FERGUSON
Assistant United States Attorney

**FOURTH STATUS REPORT OF SUBSEQUENT VIOLATIONS OF GUN CONTROL ACT AND NOTICE OF VIOLATION OF COURT ORDERS- 3**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ___19th___ day February, 2008, the FOURTH STATUS

REPORT OF SUBSEQUENT VIOLATIONS OF GUN CONTROL ACT AND NOTICE OF

VIOLATION OF  COURT ORDERS  was electronically filed with the Clerk of the Court using

the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

J. Walter Sinclair
101 S Capitol Blvd. # 1900
Boise, ID 83702-5958
jwsinclair@stoel.com

Mark S. Geston
101 S Capitol Blvd. # 1900
Boise, ID 83702-5958
msgeston@stoel.com

Richard E. Gardiner
10560 Main St., Ste 404
Fairfax, VA 22030
regardiner@cox.net

**FOURTH STATUS REPORT OF SUBSEQUENT VIOLATIONS OF GUN CONTROL ACT AND NOTICE OF VIOLATION OF  COURT ORDERS- 4**