UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RED'S TRADING POST, INC., | ) |
| Petitioner, | ) No. CV-07-00090 |
| v. | ) **THIRD DECLARATION OF LINDA YOUNG IN SUPPORT OF FOURTH STATUS REPORT OF SUBSEQUENT VIOLATIONS OF GUN CONTROL ACT** |
| LINDA YOUNG, Industry Operations Area Supervisor, Bureau of Alcohol, Tobacco, Firearms and Explosives | ) |
| Respondent. | ) |

I, LINDA YOUNG, declare:

1. I have worked for nearly 18 years in the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and its predecessors-in-interest. I make this declaration from my own personal knowledge. If called as a witness, I could and would competently testify to the contents of this declaration.

2. I am currently working for ATF as an Area Supervisor for the Seattle Field Division and assigned to the Spokane office, the Field Division encompasses the states of Alaska, Hawaii, Idaho, Oregon and Washington as well as the Pacific Trust Territories and Guam. An Area Supervisor supervises investigators who conduct inspections to assess firearms

and explosives industry compliance with the Gun Control Act and the Violent Crime Control Act of 1970.

3.  On February 6, 2008, ATF commenced an inspection of Red's Trading Post (Red's) at its licensed business location in Twin Falls, Idaho. I conducted the inspection along with Investigators Hansen and Neal. The inspection revealed four violations of the Gun Control Act. A copy of my Inspection Report and attachments is attached as Exhibit A. A copy of the Report of Violations is attached as Exhibit B.

Dated this __19th__ day of February, 2008.

<br>

*Linda Young*
LINDA YOUNG
Area Supervisor
Seattle Field Division
Bureau of Alcohol, Tobacco,
Firearms and Explosives
United States Department of Justice