# FIREARMS SPECIAL INSPECTION REPORT

|  |  |  |  |
|---|---|---|---|
| **Name:** | Red's Trading Post, Inc. | **UI#:** | 787065-2008-0206 |
| **Trade Name:** | | **FFL#:** | 9-82-083-02-9H-00046 |
| **Address:** | 215 Shoshone Street South | | |
| | Twin Falls, ID 83301 | | |

## 1 - Introduction

An inspection was conducted at the licensed premises on February 6, 2008. The inspection was conducted by Area Supervisor Linda Young and Investigators John Hansen and Dale Neal. The inspection was conducted to verify that the licensee is in compliance with the Federal Firearms Laws and regulations and with the Court Orders dated April 30, 2007 and June 6, 2007.

It should be noted that a memorandum Order dated April 30, 2007 states "The ATF may conduct periodic audits of Red's record throughout the entire pendency of this Court's judicial review at a rate not more than one audit in every fourteen (14) calendar days." The last inspection conducted at the licensed premises occurred one-hundred and forty-one (141) days prior to this inspection in compliance with the court order.

## 2 - Recommendation

A Report of Violations, ATF F 5030.5, was issued to the licensee.

## 3 - Action/Results

Area Supervisor Linda Young and Investigators (IOI) John Hansen and Dale Neal conducted an inspection at the licensed premises on February 6, 2008. The inspection focused on acquisitions and dispositions occurring since the last inspection conducted on September 18, 2007.

IOIs Hansen and Neal verified the inventory relating to used firearms received after September 18, 2007 and still on hand. The licensee had 112 used firearms on hand received after September 18, 2007. IOIs Hansen and Neal verified each firearm from the inventory record to the physical inventory. The verification disclosed no discrepancies. IOIs Hansen and Neal verified markings on the firearms to the inventory record. The verification disclosed two instances where the licensee had inaccurately recorded the serial number of the firearm in the acquisition record in violation of 27 CFR 478.125(e). The licensee recorded a Norinco Mak-90 Sporter with a serial number 94E88729. The markings on the firearm indicate the accurate serial number as 9488729. The licensee also recorded a Remington 870 Wingmaster with a serial number of T8751660. The accurate serial number, as indicated on the firearm, should be T875166V.

**Exhibit #4; Violation #4**

## FIREARMS SPECIAL INSPECTION REPORT

**Name:**  Red's Trading Post, Inc.            **UI#:**  787065-2008-0206
**Trade Name:**                                **FFL#:**  9-82-083-02-9H-00046

Area Supervisor Linda Young verified the acquisition of used firearms to the notifications submitted by the licensee upon acquisition; 280 used firearm acquisitions were verified. No discrepancies were noted.

Area Supervisor Linda Young and IOIs Hansen and Neal reviewed the licensees ATF F 4473s completed since the last inspection conducted on September 18, 2008. The licensee had 358 forms on file for the period. It should be noted that the licensee has changed the way they are filing the ATF F 4473. They are filing the forms chronologically instead of alphabetically.

Of the 358 forms on file, three forms contained issues related to the transfer of the firearm. On one form the licensee failed to verify the residence address. The buyer indicated on the ATF F 4473 an Idaho current residence address in Item 2. However, the buyer provided a Montana Driver's License. The instructions to the Transferor/Seller state "The buyer **must** provide a valid government-issued photo identification to the seller that contains the buyer's name, residence address and date of birth."

**Exhibit #3; Exhibit #5; Violation #3**

On two of the ATF F 4473s the licensee improperly added firearms to the forms after the completion and initiation of the NICS check. Instruction 12 to the Transferor/Seller on the ATF F 4473 stated "Additional firearms purchases by the same buyer may not be added to the form after the seller has signed and dated it. A buyer who wishes to purchase additional firearms after the seller has signed and dated the form must complete a new ATF F 4473. The seller must conduct a new NICS check." Ryan Horsley, Manager, stated that these firearms were involved with a rebate and that one of the firearms was not available at the time of the original sale. Mr. Horsley further stated that he had to have both firearms on the same ATF F 4473 for the rebate to be honored by the manufacturer. Also, Mr. Horsley stated that the transaction that occurred on 12/31/2007 had to be conducted on that date since the rebate was expiring. Area Supervisor Young obtained a copy of the rebate information provided to the FFLs by Smith & Wesson. Linda Young, Area Supervisor, contacted Smith & Wesson to inquire about the rebate and their policy. Linda Young, Area Supervisor, spoke with Ann Makkaya, Smith and Wesson Representative (800) 331-0852 ext 3248, concerning this rebate. Ms. Makkaya stated that they did not require that the firearms be on one ATF F 4473 and that the rebate ended January 31, 2008 not December 31, 2007. Regardless of the terms and offer of the rebate, additional firearms purchases by the same buyer may not be added to the form after the seller has signed and dated it.

**Exhibit #1; Exhibit #2; Exhibit #6; Violation #1; Violation #2**

# FIREARMS SPECIAL INSPECTION REPORT

**Name:** Red's Trading Post, Inc.    **UI#:** 787065-2008-0206
**Trade Name:**    **FFL#:** 9-82-083-02-9H-00046

During the inspection Area Supervisor Young inquired as to whether the licensee had a written Standard Operating Plan (SOP). Terry Horsley, President and Ryan Horsley, Manager, stated that they had recently discussed this matter and was anticipating drafting an SOP. Mr. Horsley commented that an attorney had recently advised them to make one. Area Supervisor Linda Young offered to assist them any way she could.

## 4 - Referrals

No referrals were generated during this inspection.

## 5 - Closing Actions

At the conclusion of the inspection, Area Supervisor Linda Young discussed the findings of the inspection with Terry Horsley, President and Ryan Horsley, Secretary. Area Supervisor Young discussed with the licensee the rebate offer and advised them that she would do further research in this matter before she could discuss it further. Area Supervisor Young also discussed the matter dealing with the verification of the identification documentation to the ATF F 4473. Mr. Horsley indicated that the instruction on the ATF F 4473 was unclear.

On Tuesday, February 12, 2008, Area Supervisor Linda Young contacted the licensee to discuss the final results of the inspection. AS Young stated that her research of the rebate issue disclosed that Smith & Wesson did not require the firearms to be sold on one ATF F 4473. Mr. Horsley stated that he spoke with someone, he did not know who or where he called but was instructed to complete one form for the rebate. AS Young advised Mr. Horsley of Instruction 12 on the back of the ATF F 4473 and stated that no firearm can be added to a form after the form is completed. Mr. Horsley stated that if someone came in after the purchase of a firearm and the completion of the ATF F 4473 and wanted to purchase a second firearm a new ATF F 4473 would be completed. However, due to the rebate they added a firearm to the ATF F 4473.

AS Young discussed the issue involving the verification of the identification. AS stated that it is their responsibility to verify this information. AS Young also advised the licensee of the proper procedure for dealing with the situation when the identification does not match the ATF F 4473. AS Young advised the licensee to obtain a secondary government issued identification to that address such as a car registration or tax bill.

The Report of Violations, ATF F 5030.5, was faxed to the licensee on February 12, 2008 with the instructions to sign, date and return the form to AS Young either by fax or mail.

## FIREARMS SPECIAL INSPECTION REPORT

**Name:** Red's Trading Post, Inc.                    **UI#:** 787065-2008-0206
**Trade Name:**                                        **FFL#:** 9-82-083-02-9H-00046

### 6 - <u>Violations</u>

1.      **27 CFR 478.102(a)**

The licensee failed to initiate a NICS check on two firearms purchasers.  The licensee initiated one NICS check on one date and transferred a firearm.  On a subsequent date the licensee transferred a second firearm to the purchaser without a second NICS check as instructed on the ATF F 4473; Instruction 12.

At the time of the inspection, Mr. Horsley stated that these firearms were part of a rebate program by Smith & Wesson. Mr. Horsley indicated that both firearms had to be listed on the same ATF F 4473, to get the rebate for his business.  Also Mr. Horsley stated that the transaction that occurred on 12/31/2007 had to be completed by that date since the rebate period was running out.

AS Young obtained a copy of the information supplied to the dealers from Smith & Wesson.  AS Young contacted Smith & Wesson Corp. offices and inquired about the rebate policy.  AS Young was advised by Ann Makkaya, Smith & Wesson Representative, that the rebate ran from November 1, 2007 through January 31, 2008.  Ms. Makkaya stated that they would honor the rebate if the dealer had completed two ATF F 4473.  They did not require that the firearms be on one form.  Also, Ms. Makkaya confirmed that the rebate ended on January 31, 2008.  Ms. Makkaya further stated that the dealers have until February 15, 2008 to submit the forms for processing.

The licensee was advised by AS Young that they could not add firearms to a form once the form was completed. A Report of Violations, ATF F 5030.5, was faxed to the licensee on February 12, 2008.

2.      **27 CFR 478.124(a)**

The licensee failed to complete an ATF F 4473 for two firearms transactions. The licensee transferred one firearm to a purchaser on one date and a second firearm to the same purchaser on a second date.  The second firearm was added to the original ATF F 4473.  Instruction 12 to the Seller/Transferor on the ATF F 4473 states that additional firearms purchases by the same buyer may not be added to the form after the seller has signed and dated it.

At the time of the inspection, Mr. Horsley stated that these firearms were part of a rebate program by Smith & Wesson. Mr. Horsley indicated that both firearms had to be listed on the same ATF F 4473, to get the rebate for his business.  Also Mr. Horsley stated that the transaction that occurred on 12/31/2007 had to be completed by that date since the rebate period was running out.

# FIREARMS SPECIAL INSPECTION REPORT

**Name:**  Red's Trading Post, Inc.          **UI#:**  787065-2008-0206
**Trade Name:**                              **FFL#:**  9-82-083-02-9H-00046

AS Young obtained a copy of the information supplied to the dealers from Smith & Wesson. AS Young contacted Smith & Wesson Corp. offices and inquired about the rebate policy. AS Young was advised by Ann Makkaya, Smith & Wesson Representative, that the rebate ran from November 1, 2007 through January 31, 2008. Ms. Makkaya stated that they would honor the rebate if the dealer had completed two ATF F 4473. They did not require that the firearms be on one form. Also, Ms. Makkaya confirmed that the rebate ended on January 31, 2008. Ms. Makkaya further stated that the dealers have until February 15, 2008 to submit the forms for processing.

The licensee was advised by AS Young that they could not add firearms to a form once the form was completed. A Report of Violations, ATF F 5030.5, was faxed to the licensee on February 12, 2008.

3.  **27 CFR 478.124(c)(3)(i)**

The licensee failed to obtain an acceptable form of Government Identification and to verify the information on the identification to the ATF F 4473. The licensee accepted a Montana Driver's License when the purchaser indicated an Idaho current residence address on the ATF F 4473.

At the time of the inspection, Mr. Horsley stated that he wanted to know where it stated that he had to verify this information. Investigator Hansen pointed out the instructions to the Seller/Transferor on the ATF F 4473. Instruction 1 states "The buyer **must** provide a valid government-issued photo identification to the seller that contains the buyer's name, residence address, and date of birth. Mr. Horsley stated that it was not clear enough that he must verify the address listed on the ATF F 4473 with the identification.

As set forth in the regulations, AS Young advised Mr. Horsley that he must verify the information on the ATF F 4473 to the identification documentation provided by the purchaser. A Report of Violations, ATF F 5030.5, was faxed to the licensee on February 12, 2008.

4.  **27 CFR 478.125(e)**

The licensee failed to maintain an accurate Acquisition Record. The licensee entered two firearms with inaccurate serial numbers. The licensee's acquisition record indicated a serial number of a Norinco Mak-90 Sporter as 94E88729. The accurate serial number listed on the firearm was 9488729. The licensee recorded a Remington 870 Wingmaster serial number as T8751660 and the accurate serial number on the firearm was T875166V.

## FIREARMS SPECIAL INSPECTION REPORT

**Name:**   Red's Trading Post, Inc.                     **UI#:**   787065-2008-0206
**Trade Name:**                                         **FFL#:**   9-82-083-02-9H-00046

The licensee corrected the Acquisition Record to reflect the accurate serial numbers. Mrs. Horsley, President, and Matt Bunch, Employee, indicated that they will discuss this problem and initiate procedures to ensure proper completion of the record.

A Report of Violations, ATF F 5030.5, was faxed to the licensee on February 12, 2008.

|                          | Area Supervisor |                |
| ------------------------ | --------------- | -------------- |
| Signature                | Title           | Date of Report |
|                          |                 | 02/11/2008     |

# FIREARMS SPECIAL INSPECTION REPORT

**Name:** Red's Trading Post, Inc.      **UI#:** 787065-2008-0206
**Trade Name:**      **FFL#:** 9-82-083-02-9H-00046

## Index of Worksheets and Exhibits

Worksheet #1 –

Worksheet #2 –

Exhibit #1 – Copy of ATF F 4473 (Walton, Daniel Charles)

Exhibit #2 – Copy of ATF F 4473 (Howard, Taj James)

Exhibit #3 – Copy of ATF F 4473 (Robinson, Larry Neil)

Exhibit #4 – Copy of Used Firearms Inventory Record

Exhibit #5 – Instructions provided to the Transferor/Seller on the ATF F 4473

Exhibit #6 – Rebate Information provided by Smith & Wesson to Federal Firearms
Licensees

FIREARMS INSPECTION
Inventory and A&D Review Worksheet

PURPOSE: To document discrepancies disclosed during the comparison of the licensee's firearms inventory, required records, and verification of required markings on firearms. To verify that firearms acquired and disposed of are accurately recorded in the licensee's required records and accounted for from acquisition to final disposition.
SOURCE/SCOPE: Licensee's acquisition and disposition record (A&D), ATF Fs 4473, firearms inventory, required records, and source records (e.g. commercial invoices, police letterhead, theft loss reports, multiple sales, copies of FFL's on hand) were compared for accuracy. For importer and NFA inspections, importer and NFA firearm information may also be obtained and compared for accuracy.
NOTE: Record discrepancies found during inspection and enter in N-Spect.

Licensee Name:                                                                                                                UI Number:

Red's Trading Post, Inc.                                                                                                      7-87065-2008-0206 B11B

| # | Bound Book Reference Number | Manufacturer/Importer | Model | Serial Number | Type | Caliber/ Gauge | Nature of Discrepancy | Missing ATF Form 4473 Yes/No | Timely Recorded Yes/No | Missing from Inventory Yes/No |
|---|---|---|---|---|---|---|---|---|---|---|
| | 69443 | Norinco CJA | Mak-80 Sporter | 9488729 | Rifle | 7.62x39 | The licensee failed to properly enter the serial number of the firearm in the Acqisition Record. | NO | YES | NO |
| | 69520 | Remington | 870 Wingmaster | T875166V | Shotgun | 12 ga | The licensee failed to properly enter the serial number of the firearm in the Acqisition Record. | NO | YES | NO |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | **Total Number** | | 0 | 0 | 0 |

All firearms missing after reconciliation is complete must be reported by the licensee on ATF F 3310.11, Theft/Loss Report. Note "missing from inventory during the inspection" on the form. If FFL failed to execute ATF Form 4473, note in nature of discrepancy whether it was a firearm consigned to the FFL, or the sale of a firearm to a law enforcement officer or the sale to FFL, responsible person and whether commercial records or A & D book documented the transaction.

One two firearms, the licensee failed to properly record the serial number of the firearms in the Acquisition Record.

Prepared By:                                                                                                                Date:

Linda Young, Area Supervisor                                                                                      2/6/08

Revised 2/1/06                                                                                                    Worksheet 1 - Inventory, A&D

# FIREARMS INSPECTION
## ATF Form 4473 (July 2002 Edition) Review Worksheet

**PURPOSE:** To document errors disclosed during the review of the ATF Form 4473.

**SOURCE/SCOPE:** Licensee's ATF Forms 4473 for the inspection period were examined for accuracy.

**NOTE:** Record discrepancies found during inspection. Make copies of ATF Forms 4473 to document discrepancies. Copies will be included in exhibits in narrative report. This document will be entered into N-Spect.

Licensee Name: _____

Ref's Trading Post, Inc.

**I/I Number:** _____

7Z7965-2006-4206 313B

| Section A | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name | Transaction No. (if any) | | | | | | | 478.124(c)(1) |

| 4473 (Date) | Name |
|---|---|
| 10/12/2007 | Robinson, Larry Neil |
| 11/12/2007 | Walor, Daniel Charles |
| 12/21/2007 | Howard, Trg James |

**LEGEND:**

| | Violation | Violation Summary |
|---|---|---|
| X | INCOMPLETE | 478.21(a) |
| I | INCORRECT | 478.124(c)(1) |
| B | BLANK | 478.124(c)(1) |
| P | Yes Answer | 478.124(c)(3)(i) |
| C | Corp/name | 478.124(c)(3)(ii) |
| M | Multiple Sales Form Not Completed | 478.124(c)(3)(iii) |
| W | Waiting Period Noncompliance | 478.124(c)(3)(iv) |
| N | NICS Check Required but Not Conducted | 478.21(a) |
| U | Underage Defective | 478.21(a) |
| S | Straw man / prohibited/ continuous violation | 478.102 |
| H | Transfer of handgun to out-of-state resident | 478.99(a) |
| L | Out-of-state transfer of long gun violation | 478.99(b) |

Revised 7/1/06

1 of 1

Westlawnet 2-447p2005 edition)

Prepared by: Linda Young, Area Supervisor

Date: 2/4/08

**Department of Justice**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
**1313 North Atlantic, Suite 4100**
**Spokane, WA 99201**

**Name:**    Red's Trading Post, Inc.
**Address:**  215 Shoshone Street, South
           Twin Falls, ID 83301
**License #:**  9-82-083-02-9H-00046
**UI#:**     787065-2008-0206-B1B

# EXHIBIT #1

# Copy of ATF F 4473
# Walton, Daniel Charles

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

$99.00

300-0367

OMB No. 1140-0020

**Firearms Transaction Record Part I –
Over-the-Counter**

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form. "Please Print."

Transferor's Transaction
Serial Number
09267
69181

| Section A - Must Be Completed Personally By Transferee (Buyer) |
|---|

1. Transferee's Full Name

| Last Name | First Name | Middle Name *(If no middle name state "NMN")* |
|---|---|---|
| Walton | Daniel | Charles |

2. Current Residence Address **(Cannot be a post office box.)**

| Number and Street Address | City | County | State | Zip Code |
|---|---|---|---|---|
| 66N 443E | Rupert | Cassia | ID | 83350 |

3. Place of Birth

| U.S. City/State | Foreign Country | 4. Height | 5. Weight | 6. Gender | 7. Birth Date | | |
|---|---|---|---|---|---|---|---|
| Richfield UT | | Ft. 6 In. 1 | 205 | Male ☒ Female ☐ | Month 9 | Day 18 | Year 32 |

| 8. Social Security Number *(Optional, but will help prevent misidentification.)* | 9. Unique Personal Identification Number *(UPIN)* if applicable *(See Instruction to Transferor 6.)* |
|---|---|
| | |

10. Race *(Ethnicity)* (Check one or more boxes.)

☐ American Indian or Alaska Native      ☐ Black or African American          ☐ Native Hawaiian or Other Pacific Islander

☐ Hispanic or Latino                    ☐ Asian                             ☒ White

11. Answer questions 11.a. through 12 by writing *"yes"* or *"no"* in the boxes to the right of the questions.

| | |
|---|---|
| a. Are you the actual buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Important Notice 1 for actual buyer definition and examples.)* | yes |
| b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | no |
| c. Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 4, Exception 1.)* | no |
| d. Are you a fugitive from justice? | no |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | no |
| f. Have you ever been adjudicated mentally defective *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* **OR** have you ever been committed to a mental institution? *(See Important Notice 4 and Definitions 5 and 6.)* | no |
| g. Have you been discharged from the Armed Forces under **dishonorable** conditions? | no |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 5.)* | no |
| i. Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 4, Exception 1 and Definition 4.)* | no |
| j. Have you ever renounced your United States citizenship? | no |
| k. Are you an alien **illegally** in the United States? | no |
| l. Are you a nonimmigrant alien? *(See Definition 8.)* If you answered "no" to this question, you are not required to respond to question 12. | no |

12. If you answered "yes" to question 11.l., do you fall within any of the exceptions set forth in Important Notice 4, Exception 2? (e.g., valid State hunting license.) **(If "yes," the licensee must complete question 20c.)**

| | |
|---|---|
| 13. What is your State of residence *(if any)?*   Idaho     *(See Definition 7. If you are not a citizen of the United States, you only have a State of residence if you have resided in a State for at least 90 continuous days immediately prior to the date of this sale.)* | |

14. What is your country of citizenship? *(List/check more than one, if applicable.)*

☒ United States of America          ☐ Other (Specify) _____

15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number?

Note: Previous Editions Are Obsolete

ATF Form 4473 (5300.9) Part 1
Revised May 2007

I certify that the answers to Section A are true and correct. I am aware that ATF Form 4473 contains Important Notices, Instructions, and Definitions. I understand that answering "yes" to question 11.a. if I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers "yes" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 6.)*

| 16. Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
| *Daniel C. Walton* | 11-13-07 |

## Section B - Must Be Completed By Transferor (Seller)

| 18. Type of firearm(s) to be transferred: | 19. Location of sale if at a gun show or other qualifying event. *(See Instruction to Transferor 15.)* |
|---|---|
| ☑ Handgun   ☐ Long Gun   ☐ Both | _____ *(City, State)* |

20a. Identification *(e.g., driver's license or other valid government-issued photo identification.) (See Instruction to Transferor 1.)*

| Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* | | |
|---|---|---|---|---|
| ID DL | SK 308 325 J | Month 9 | Day 18 | Year 08 |

20b. **Aliens only:** Type and dates of additional required identification *(e.g., utility bills or lease agreements.) (See Instruction to Transferor 2.)*

Type of Identification _____   Date(s) _____

20c. **Nonimmigrant aliens only:** Type of documentation showing an exception to the nonimmigrant alien prohibition *(e.g., hunting license/permit; waiver.) (See Instruction to Transferor 3.)*

_____

### Question 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions to Transferor 5-8.)*

| 21a. The transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency on: 11/13/07 *(Date)* | 21b. The NICS or State transaction number *(if provided)* was: 13MY-PHY |
|---|---|

| 21c. The response initially provided by NICS or the appropriate State agency was: | 21d. If initial NICS or State response was *"Delayed,"* the following response was received from NICS or the appropriate State agency: |
|---|---|
| ☑ Proceed   ☐ Delayed | ☐ Proceed _____ *(date)* |
| ☐ Denied   *[The firearm(s) may be transferred on _____ (MDI date provided by NICS) if State law permits (optional)]* | ☐ Denied _____ *(date)* |
| ☐ Cancelled | ☐ Cancelled _____ *(date)* |
| | ☐ No resolution was provided within 3 business days. |

21e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: _____ *(date).*   ☐ Proceed   ☐ Denied   ☐ Cancelled

| 21f. The name and Brady identification number of the NICS examiner *(optional)* _____ / _____ *(name)* *(number)* | 22. ☐ No NICS check was required because the transfer involved only NFA firearm(s). *(See Instruction to Transferor 8.)* |
|---|---|

23. ☑ No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place which qualifies as an exemption to NICS *(See Instruction to Transferor 8.)*

State Permit Type *ID CWL*   Date of Issuance *(if any)* *10/24/03*   Expiration Date *(if any)* *10/24/07*   Permit Number *(if any)* _____

## Section C

If the transfer of the firearm(s) takes place on a different day from that the date that the transferee *(buyer)* signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instruction to Transferee 3 & Instruction to Transferor 9.)*

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

| 24. Transferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
| *Daniel C. Walton* | 11-14-07 |

## Section D   (See Instructions to Transferor 10-11.)

| 26. Manufacturer and/or Importer | 27. Model | 28. Serial Number | 29. Type *(pistol, revolver, rifle, shotgun, etc.)* | 30. Caliber or Gauge |
|---|---|---|---|---|
| Smith & Wesson | 460XVR | DAK 0935 | Revolver | 460 S&W 11/13 |
| Smith & Wesson | Sigma | RAU6721 | Pistol | 9mm 11/14 |

ATF Form 4473 (5300.9) Part I
Revised May 2007

**Complete ATF Form 3310.4 For Multiple Purchases Of Handguns** *(See Instruction to Transferor 13.)*

| 31. Trade/corporate name and address of transferor *(seller)* *(Hand stamp may be used.)* | 32. Federal Firearms License Number *(Complete 15 digit FFL Number.)* *(Hand stamp may be used.)* |
|---|---|
| RED'S TRADING POST<br>215 SHOSHONE STREET SOUTH<br>TWIN FALLS, IDAHO  83301 | 9-82-083-02-9H-00046 |

On the basis of (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer *if the transfer does not occur on the day Section A was completed*); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Questions 33-35.**

| 33. Transferor's/Seller's Name *(Please print.)* | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transfer is Completed |
|---|---|---|---|
| Danny Halley | | Sales | 11/13/07 |

**Important Notices**

1. **Actual Buyer:** For purposes of this form, you are the actual buyer if you are purchasing the firearm for yourself or otherwise acquiring the firearm for yourself *(for example, redeeming the firearm from pawn/retrieving it from consignment, firearm raffle winner)*. You are also the actual buyer if you are legitimately acquiring the firearm as a gift for a third party. ACTUAL BUYER EXAMPLES: Mr. Smith asks Mr. Jones to purchase a firearm for Mr. Smith. Mr. Smith gives Mr. Jones the money for the firearm. Mr. Jones is NOT the actual buyer of the firearm and must answer "no" to question 11.a. The licensee may not transfer the firearm to Mr. Jones. However, if Mr. Brown goes to buy a firearm with his own money to give to Mr. Black as a present, Mr. Brown is the actual buyer of the firearm and should answer "yes" to question 11.a. Please note, if you are picking up a repaired firearm for another person, you should answer "n/a" to question 11.a.

2. **Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she lawfully may sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form only should be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and keep proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a firearm to a resident of another State, the seller is presumed to know applicable State laws and published ordinances in both the seller's State and the buyer's State.

3. **Background Checks:** The Brady law, 18 U.S.C. § 922(t) prior to transferring any firearm to an unlicensed person, a licensed importer, manufacturer or dealer must contact the National Instant Criminal Background Check System (NICS). NICS will advise the licensee whether the system finds any information that the purchaser is prohibited by law from possessing or receiving a firearm. For purposes of this form, contacts to NICS include contacts to State agencies designated to conduct NICS checks for the Federal Government. WARNING: Any seller who transfers a firearm to any person they know or have reasonable cause to believe is prohibited from receiving or possessing a firearm violates the law even if the seller has complied with the background check requirements of the Brady law.

4. **Prohibited Persons:** Generally, 18 U.S.C. § 922 prohibits the shipment, transportation, receipt, or possession in or affecting interstate commerce of a firearm by one who: has been convicted of a misdemeanor crime of domestic violence; has been convicted of a felony, or any other crime, punishable by imprisonment for a term exceeding one year *(this does not include State misdemeanors punishable by imprisonment of two years or less)*; is a fugitive from justice; is an unlawful user of, or addicted to, marijuana or any depressant, stimulant, or narcotic drug, or any other controlled substance; has been adjudicated mentally defective or has been committed to a mental institution; has been discharged from the Armed Forces under dishonorable conditions; has renounced his or her U.S. citizenship; is an alien illegally in the United States or a nonimmigrant alien; or is subject to certain restraining orders. Furthermore, section 922 prohibits the shipment, transportation, or receipt in or affecting interstate commerce of a firearm by one who is under indictment or information for a felony, or any other crime, punishable by imprisonment for a term exceeding one year.

ATF Form 4473 (5300.9) Part 1
Revised May 2007

**Department of Justice**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
**1313 North Atlantic, Suite 4100**
**Spokane, WA 99201**

**Name:**      Red's Trading Post, Inc.
**Address:**   215 Shoshone Street, South
              Twin Falls, ID 83301
**License #:** 9-82-083-02-9H-00046
**UI#:**       787065-2008-0206-B1B

# EXHIBIT #2

# Copy of ATF F 4473
# Howard, Taj James

01-04-0'

OMB No. 1140-0020

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Firearms Transaction Record Part I -**
**Over-the-Counter**

320-0625
99.99  1119.99

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form. "Please Print."

Transferor's Transaction
Serial Number

69425
69229

**Section A - Must Be Completed Personally By Transferee (Buyer)**

1. Transferee's Full Name

| Last Name | First Name | Middle Name (If no middle name state "NMN") |
|---|---|---|
| Howard | Taj | James |

2. Current Residence Address (Cannot be a post office box.)

| Number and Street Address | City | County | State | Zip Code |
|---|---|---|---|---|
| 546 Eastland Dr. N. | Twin Falls, ID | Twin Falls | ID | 83301 |

3. Place of Birth

| U.S. City/State | Foreign Country | 4. Height | 5. Weight | 6. Gender | 7. Birth Date |
|---|---|---|---|---|---|
| Salmon, ID | | Ft. 6 In. 2 | 182 | Male ☑ Female ☐ | Month 04  Day 07  Year 1985 |

8. Social Security Number (Optional, but will help prevent misidentification.)

9. Unique Personal Identification Number (UPIN) if applicable (See Instruction to Transferor 6.)

10. Race (Ethnicity) (Check one or more boxes.)

☐ American Indian or Alaska Native          ☐ Black or African American          ☐ Native Hawaiian or Other Pacific Islander

☐ Hispanic or Latino          ☐ Asian          ☑ White

11. Answer questions 11.a. through 12 by writing "yes" or "no" in the boxes to the right of the questions.

| | |
|---|---|
| a. Are you the actual buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. (See Important Notice 1 for actual buyer definition and examples.) | Yes |
| b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? (An information is a formal accusation of a crime by a prosecutor. See Definition 3.) | No |
| c. Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? (See Important Notice 4, Exception 1.) | No |
| d. Are you a fugitive from justice? | No |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | No |
| f. Have you ever been adjudicated mentally defective (which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs) OR have you ever been committed to a mental institution? (See Important Notice 4 and Definitions 5 and 6.) | No |
| g. Have you been discharged from the Armed Forces under **dishonorable** conditions? | No |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? (See Important Notice 5.) | No |
| i. Have you ever been convicted in any court of a misdemeanor crime of domestic violence? (See Important Notice 4, Exception 1 and Definition 4.) | No |
| j. Have you ever renounced your United States citizenship? | No |
| k. Are you an alien **illegally** in the United States? | No |
| l. Are you a nonimmigrant alien? (See Definition 8.) If you answered "no" to this question, you are not required to respond to question 12. | No |
| 12. If you answered "yes" to question 11.l., do you fall within any of the exceptions set forth in Important Notice 4, Exception 2? (e.g., valid State hunting license.) (If "yes," the licensee must complete question 20c.) | I |

13. What is your State of residence (if any)?  Idaho          (See Definition 7. If you are not a citizen of the United States, you only have a State of residence if you have resided in a State for at least 90 continuous days immediately prior to the date of this sale.)

14. What is your country of citizenship? (List/check more than one, if applicable.)

☑ United States of America          ☐ Other (Specify) _____

15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number?

Note: Previous Editions Are Obsolete

ATF Form 4473 (5300.9) Part I
Revised May 2007

I certify that the answers to Section A are true and correct. I am aware that ATF Form 4473 contains Important Notices, Instructions, and Definitions. I understand that answering *"yes"* to question 11.a. if I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers *"yes"* to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers *"yes"* to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 6.)*

| 16. Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
|  | 12/31/07 |

| Section B - Must Be Completed By Transferor (Seller) ||
|---|---|
| 18. Type of firearm(s) to be transferred: <br> ☐ Handgun    ☐ Long Gun    ☑ Both | 19. Location of sale if at a gun show or other qualifying event. *(See Instruction to Transferor 15.)* <br><br> _____ *(City, State)* |

20a. Identification *(e.g., driver's license or other valid government-issued photo identification.)* *(See Instruction to Transferor 1.)*

| Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* |||
|---|---|---|---|---|
| ID Drivers License | HB172407K | Month <br> 04 | Day <br> 07 | Year <br> 2010 |

20b. Aliens only: Type and dates of additional required identification *(e.g., utility bills or lease agreements.)* *(See Instruction to Transferor 2.)*

| Type of Identification | Date(s) |
|---|---|
|  |  |

20c. Nonimmigrant aliens only: Type of documentation showing an exception to the nonimmigrant alien prohibition *(e.g., hunting license/permit; waiver.)* *(See Instruction to Transferor 3.)*

Question 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions to Transferor 5-8.)*

| 21a. The transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency on: __12/31/07__ *(Date)* | 21b. The NICS or State transaction number *(if provided)* was: <br><br> 14D6-2BR |
|---|---|
| 21c. The response initially provided by NICS or the appropriate State agency was: <br> ☑ Proceed    ☐ Delayed <br> ☐ Denied    *[The firearm(s) may be transferred on _____ (MDI date provided by NICS)* <br> ☐ Cancelled    *if State law permits (optional)]* | 21d. If initial NICS or State response was *"Delayed,"* the following response was received from NICS or the appropriate State agency: <br> ☐ Proceed _____ *(date)* <br> ☐ Denied _____ *(date)* <br> ☐ Cancelled _____ *(date)* <br> ☐ No resolution was provided within 3 business days. |

| 21e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: _____ *(date).*    ☐ Proceed    ☐ Denied    ☐ Cancelled ||
|---|---|
| 21f. The name and Brady identification number of the NICS examiner *(optional)* _____ / _____ <br> *(name)*        *(number)* | 22. ☐ No NICS check was required because the transfer involved only NFA firearm(s). *(See Instruction to Transferor 8.)* |

23. ☐ No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place which qualifies as an exemption to NICS *(See Instruction to Transferor 8.)*

| State Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
|  |  |  |  |

| Section C ||||
|---|---|---|---|

If the transfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instruction to Transferee 3 & Instruction to Transferor 9.)*

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

| 24. Transferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
|  | 01/04/08 |

| Section D    (See Instructions to Transferor 10-11.) |||||
|---|---|---|---|---|
| 26. <br> Manufacturer and/or Importer | 27. <br> Model | 28. <br> Serial Number | 29. <br> Type *(pistol, revolver, rifle, shotgun, etc.)* | 30. <br> Caliber or Gauge |
| Smith & Wesson | M/P15T (811061) | 5426521I | Rifle | 223 |
| Smith & Wesson | SW40VE (220028) | RBP6303 | P. Stol | 40s:W |

ATF Form 4473 (5300.9) Part I <br> Revised May 2007

**Complete ATF Form 3310.4 For Multiple Purchases Of Handguns** *(See Instruction to Transferor 13.)*

| 31. Trade/corporate name and address of transferor *(seller)* *(Hand stamp may be used.)* | 32. Federal Firearms License Number *(Complete 15 digit FFL Number.)* *(Hand stamp may be used.)* |
|---|---|
| RED'S TRADING POST 215 SHOSHONE STREET SOUTH TWIN FALLS ID 83301 | 9-82-083-02-9H-00046 |

On the basis of (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer *if the transfer does not occur on the day Section A was completed)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Questions 33-35.

| 33. Transferor's/Seller's Name *(Please print.)* | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transfer is Completed |
|---|---|---|---|
| Danielle Long | | Sales | 1-4-08 |

**Important Notices**

1. **Actual Buyer:** For purposes of this form, you are the actual buyer if you are purchasing the firearm for yourself or otherwise acquiring the firearm for yourself *(for example, redeeming the firearm from pawn/retrieving it from consignment, firearm raffle winner)*. You are also the actual buyer if you are legitimately acquiring the firearm as a gift for a third party. **ACTUAL BUYER EXAMPLES:** Mr. Smith asks Mr. Jones to purchase a firearm for Mr. Smith. Mr. Smith gives Mr. Jones the money for the firearm. Mr. Jones is NOT the actual buyer of the firearm and must answer "no" to question 11.a. The licensee may not transfer the firearm to Mr. Jones. However, if Mr. Brown goes to buy a firearm with his own money to give to Mr. Black as a present, Mr. Brown is the actual buyer of the firearm and should answer "yes" to question 11.a. Please note, if you are picking up a repaired firearm for another person, you should answer "n/a" to question 11.a.

2. **Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she lawfully may sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form only should be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and keep proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun to a resident of another State, the seller is presumed to know applicable State laws and published ordinances in both the seller's State and the buyer's State.

3. **Background Checks:** The Brady law, 18 U.S.C. § 922(t), requires that prior to transferring any firearm to an unlicensed person, a licensed importer, manufacturer or dealer must first contact the National Instant Criminal Background Check System (NICS). NICS will advise the licensee whether the system finds any information that the purchaser is prohibited by law from possessing or receiving a firearm. For purposes of this form, contacts to NICS include contacts to State agencies designated to conduct NICS checks for the Federal Government. **WARNING:** Any seller who transfers a firearm to any person they know or have reasonable cause to believe is prohibited from receiving or possessing a firearm violates the law even if the seller has complied with the background check requirements of the Brady law.

4. **Prohibited Persons:** Generally, 18 U.S.C. § 922 prohibits the shipment, transportation, receipt, or possession in or affecting interstate commerce of a firearm by one who: has been convicted of a misdemeanor crime of domestic violence; has been convicted of a felony, or any other crime, punishable by imprisonment for a term exceeding one year *(this does not include State misdemeanors punishable by imprisonment of two years or less)*; is a fugitive from justice; is an unlawful user of, or addicted to, marijuana or any depressant, stimulant, or narcotic drug, or any other controlled substance; has been adjudicated mentally defective or has been committed to a mental institution; has been discharged from the Armed Forces under dishonorable conditions; has renounced his or her U.S. citizenship; is an alien illegally in the United States or a nonimmigrant alien; or is subject to certain restraining orders. Furthermore, section 922 prohibits the shipment, transportation, or receipt in or affecting interstate commerce of a firearm by one who is under indictment or information for a felony, or any other crime, punishable by imprisonment for a term exceeding one year.

ATF Form 4473 (5300.9) Part 1
Revised May 2007

**Department of Justice**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
**1313 North Atlantic, Suite 4100**
**Spokane, WA 99201**

**Name:**       Red's Trading Post, Inc.
**Address:**    215 Shoshone Street, South
                Twin Falls, ID 83301
**License #:**  9-82-083-02-9H-00046
**UI#:**        787065-2008-0206-B1B

# EXHIBIT #3

## Copy of ATF F 4473
## Robinson, Larry Neil

OMB No. 1140-0020

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

*A59 99*

**Firearms Transaction Record Part I -**
**Over-the-Counter**

WARNING: You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Transferor's Transaction Serial Number

*69108*

Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form. "Please Print."

**Section A - Must Be Completed Personally By Transferee (Buyer)**

1. Transferee's Full Name

| Last Name | First Name | Middle Name *(If no middle name state "NMN")* |
|---|---|---|
| ROBINSON | LARRY | NEIL |

2. Current Residence Address **(Cannot be a post office box.)**

| Number and Street Address | City | | County | State | Zip Code |
|---|---|---|---|---|---|
| 559 Ha-Kins RO | Twin FAlls | | TwinFall | IO | 83301 |

3. Place of Birth

| U.S. City/State | Foreign Country | 4. Height | 5. Weight | 6. Gender | 7. Birth Date | | |
|---|---|---|---|---|---|---|---|
| Butte, MT | | Ft. 6 In. 0 | 210 | Male ☒ Female ☐ | Month 11 | Day 14 | Year 1966 |

8. Social Security Number *(Optional, but will help prevent misidentification.)*
516683731

9. Unique Personal Identification Number *(UPIN)* if applicable *(See Instruction to Transferor 6.)*

10. Race *(Ethnicity) (Check one or more boxes.)*

☐ American Indian or Alaska Native    ☐ Black or African American    ☐ Native Hawaiian or Other Pacific Islander

☐ Hispanic or Latino    ☐ Asian    ☒ White

11. Answer questions 11.a. through 12 by writing *"yes"* or *"no"* in the boxes to the right of the questions.

| | |
|---|---|
| a. Are you the actual buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Important Notice 1 for actual buyer definition and examples.)* | yes |
| b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | no |
| c. Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 4. Exception 1.)* | no |
| d. Are you a fugitive from justice? | no |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | no |
| f. Have you ever been adjudicated mentally defective *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* OR have you ever been committed to a mental institution? *(See Important Notice 4 and Definitions 5 and 6.)* | no |
| g. Have you been discharged from the Armed Forces under **dishonorable** conditions? | no |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 5.)* | no |
| i. Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 4, Exception 1 and Definition 4.)* | no |
| j. Have you ever renounced your United States citizenship? | no |
| k. Are you an alien **illegally** in the United States? | no |
| l. Are you a nonimmigrant alien? *(See Definition 8.) If you answered "no" to this question, you are not required to respond to question 12.* | no |

12. If you answered "yes" to question 11.l., do you fall within any of the exceptions set forth in Important Notice 4, Exception 2? (e.g., valid State hunting license.) **(If "yes," the licensee must complete question 20c.)**

13. What is your State of residence *(if any)?* IdAho *(See Definition 7. If you are not a citizen of the United States, you only have a State of residence if you have resided in a State for at least 90 continuous days immediately prior to the date of this sale.)*

14. What is your country of citizenship? *(List/check more than one, if applicable.)*
☒ United States of America    ☐ Other *(Specify)* _____

15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number?

Note: Previous Editions Are Obsolete

ATF Form 4473 (5300.9) Part I
Revised May 2007

I certify that the answers to Section A are true and correct. I am aware that ATF Form 4473 contains Important Notices, Instructions, and Definitions. I understand that answering *"yes"* to question 11.a. if I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers *"yes"* to any of the questions 11.h. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers *"yes"* to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers *"yes"* to question 12.  I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 6.)*

| 16. Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
|  | *12 oct 2007* |

### Section B - Must Be Completed By Transferor (Seller)

| 18. Type of firearm(s) to be transferred: | 19. Location of sale if at a gun show or other qualifying event. *(See Instruction to Transferor 15.)* |
|---|---|
| Handgun    ☑ Long Gun    ☐ Both | _____ (City, State) |

20a. Identification *(e.g., driver's license or other valid government-issued photo identification.)* *(See Instruction to Transferor 1.)*

| Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* | | |
|---|---|---|---|---|
|  |  | Month | Day | Year |
| *Montera  DL* | *51668373100000* | *11* | *14* | *10* |

20b. Aliens only: Type and dates of additional required identification *(e.g., utility bills or lease agreements.)* *(See Instruction to Transferor 2.)*

| Type of Identification | Date(s) |
|---|---|

20c. Nonimmigrant aliens only: Type of documentation showing an exception to the nonimmigrant alien prohibition *(e.g., hunting license/permit; waiver.)* *(See Instruction to Transferor 3.)*

### Question 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions to Transferor 5-8.)*

| 21a. The transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency on: *10/12/07* (Date) | 21b. The NICS or State transaction number *(if provided)* was: *135 X - Z K G* |
|---|---|
| 21c. The response initially provided by NICS or the appropriate State agency was: <br> ☑ Proceed    ☐ Delayed <br> ☐ Denied    *[The firearm(s) may be transferred on _____ (MDI date provided by NICS)* <br> ☐ Cancelled   *if State law permits (optional)]* | 21d. If initial NICS or State response was *"Delayed,"* the following response was received from NICS or the appropriate State agency: <br> ☐ Proceed _____ *(date)* <br> ☐ Denied _____ *(date)* <br> ☐ Cancelled _____ *(date)* <br> ☐ No resolution was provided within 3 business days. |

21e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: _____ *(date).*    ☐ Proceed    ☐ Denied    ☐ Cancelled

| 21f. The name and Brady identification number of the NICS examiner *(optional)* _____ / _____ <br> (name)         (number) | 22. ☐ No NICS check was required because the transfer involved only NFA firearm(s). *(See Instruction to Transferor 8.)* |
|---|---|

23. ☐ No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place which qualifies as an exemption to NICS *(See Instruction to Transferor 8.)*

| State Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|

### Section C

If the transfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instruction to Transferee 3 & Instruction to Transferor 9.)*

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

| 24. Transferee's/Buyer's Signature | 25. Recertification Date |
|---|---|

### Section D (See Instructions to Transferor 10-11.)

| 26. Manufacturer and/or Importer | 27. Model | 28. Serial Number | 29. Type *(pistol, revolver, rifle, shotgun, etc.)* | 30. Caliber or Gauge |
|---|---|---|---|---|
| *Eostun Arns* | *94B* | *N/A* | *Shotgun* | *20ge* |
|  |  |  |  |  |
|  |  |  |  |  |

ATF Form 4473 (5300.9) Part 1
Revised May 2007

**Complete ATF Form 3310.4 For Multiple Purchases Of Handguns** *(See Instruction to Transferor 13.)*

| 31. Trade/corporate name and address of transferor *(seller)* *(Hand stamp may be used.)* | 32. Federal Firearms License Number *(Complete 15 digit FFL Number.)* *(Hand stamp may be used.)* |
|---|---|
| RED'S TRADING POST<br>215 SHOSHONE STREET SOUTH<br>TWIN FALLS, IDAHO 83301 | 9-82-083-02-9H-00046 |

On the basis of (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer *if the transfer does not occur on the day Section A was completed);* and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Questions 33-35.**

| 33. Transferor's/Seller's Name *(Please print.)* | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transfer is Completed |
|---|---|---|---|
| Denny Hadley | | Sales | 10/12/07 |

**Important Notices**

1. **Actual Buyer:** For purposes of this form, you are the actual buyer if you are purchasing the firearm for yourself or otherwise acquiring the firearm for yourself *(for example, redeeming the firearm from pawn/retrieving it from consignment, firearm raffle winner).* You are also the actual buyer if you are legitimately acquiring the firearm as a gift for a third party. **ACTUAL BUYER EXAMPLES:** Mr. Smith asks Mr. Jones to purchase a firearm for Mr. Smith. Mr. Smith gives Mr. Jones the money for the firearm. Mr. Jones is NOT the actual buyer of the firearm and must answer "no " to question 11.a. The licensee may not transfer the firearm to Mr. Jones. However, if Mr. Brown goes to buy a firearm with his own money to give to Mr. Black as a present, Mr. Brown is the actual buyer of the firearm and should answer "yes" to question 11.a. Please note, if you are picking up a repaired firearm for another person, you should answer "n/a" to question 11.a.

2. **Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she lawfully may sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form only should be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and keep proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun to a resident of another State, the seller is presumed to know applicable State laws and published ordinances in both the seller's State and the buyer's State.

3. **Background Checks:** The Brady law, 18 U.S.C. § 922(t), requires that prior to transferring any firearm to an unlicensed person, a licensed importer, manufacturer or dealer must first contact the National Instant Criminal Background Check System (NICS). NICS will advise the licensee whether the system finds any information that the purchaser is prohibited by law from possessing or receiving a firearm. For purposes of this form, contacts to NICS include contacts to State agencies designated to conduct NICS checks for the Federal Government. **WARNING:** Any seller who transfers a firearm to any person they know or have reasonable cause to believe is prohibited from receiving or possessing a firearm violates the law even if the seller has complied with the background check requirements of the Brady law.

4. **Prohibited Persons:** Generally, 18 U.S.C. § 922 prohibits the shipment, transportation, receipt, or possession in or affecting interstate commerce of a firearm by one who: has been convicted of a misdemeanor crime of domestic violence; has been convicted of a felony, or any other crime, punishable by imprisonment for a term exceeding one year *(this does not include State misdemeanors punishable by imprisonment of two years or less);* is a fugitive from justice; is an unlawful user of, or addicted to, marijuana or any depressant, stimulant, or narcotic drug, or any other controlled substance; has been adjudicated mentally defective or has been committed to a mental institution; has been discharged from the Armed Forces under dishonorable conditions; has renounced his or her U.S. citizenship; is an alien illegally in the United States or a nonimmigrant alien; or is subject to certain restraining orders. Furthermore, section 922 prohibits the shipment, transportation, or receipt in or affecting interstate commerce of a firearm by one who is under indictment or information for a felony, or any other crime, punishable by imprisonment for a term exceeding one year.

ATF Form 4473 (5300.9) Part I
Revised May 2007

Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives
1313 North Atlantic, Suite 4100
Spokane, WA 99201


Name:       Red's Trading Post, Inc.
Address:    215 Shoshone Street, South
            Twin Falls, ID 83301
License #:  9-82-083-02-9H-00046
UI#:        787065-2008-0206-B1B


# EXHIBIT #4

# Copy of Used Firearms Inventory Record

**BATF Used Gun Report**
Red's Trading Post

Filters:  Date Received is greater than 9/18/2007 and Transfered Date is blank

| Item # | Description 1 / Description 2 | Log # / Status | Serial # | Action Caliber | Barrel Choke | Recv Inv # / Recv Date |
|---|---|---|---|---|---|---|
| 175 | RUGER / 10/22 T | 69041 / TRADE IN | 245-78742 | SEMI / 22 LR | | 9/19/2007 |
| 163 | SIG SAUER / P226 | 69062 / TRADE IN | U599095 | SEMI / 40S&W | | 9/21/2007 |
| 175 | MOSSBERG / 500A | 69066 / TRADE IN | R327115 | PUMP / 12 GA | | 9/21/2007 |
| 173 | REMINGTON / 510 TARGET MASTER | 69066 / USED | N/A | BOLT / 22 S,L,LR | | 9/22/2007 |
| 162 | BERETTA / 92F 9MM USED L.E. | 69095 / USED | D54968Z | SEMI / 9MM | | 10/2/2007 |
| 162 | RUGER / KP94 | 69123 / TRADE IN | 308-15361 | SEMI / 9MM | | 10/5/2007 |
| 175 | BROWNING / INVECTOR BPS | 69126 / TRADE IN | 29484NWT92 | PUMP / 10 GA | | 10/6/2007 |
| 162 | SIG SAUER / P226 | 69173 / USED | U599017 | SEMI / 40S&W | | 10/17/2007 |
| 182 | ARMALITE / AR10T WITH CASE | 69175 / USED | US308094 | SEMI / 308 | | 10/19/2007 |
| 175 | HENRY / HOO3 | 69185 / USED | 141814P | PUMP / 22LR | BLUE | 10/24/2007 |
| 163 | SMITH & WESSON / M&P 40 C | 69204 / TRADE IN | MPM8901 | SEMI / 40S&W | | 10/30/2007 |
| 162 | SIG SAUER / P220 45ACP | 69211 / USED | G161092 | SEMI / 45ACP | | 10/31/2007 |
| 173 | SAVAGE  *Returned for repair* / 111 | 69258 / REPAIR | G415726 | BOLT / 30-06 | | 11/12/2007 |
| 175 | UNIVERSAL / M1 CARBINE | 69269 / USED | 371698 | SEMI / 30 | | 11/14/2007 |
| 173 | WESTERN FIELD / M550ABD | 69275 / TRADE IN | G798860 | PUMP / 12 GA | | 11/16/2007 |
| 162 | TAURUS / PT 100 AF | 69278 / USED | SNF89167 | SEMI / 40 S&W | | 11/16/2007 |
| 162 | CZ / 24 | 69279 / USED | 16715 | SEMI / 380 ACP | | 11/17/2007 |
| 175 | SAVAGE / 111 | 69280 / USED | F945894 | BOLT / 300WINMA | | 11/19/2007 |
| 173 | WESTERN FIELD / 740A-EMN | 69281 / USED | 69102488 | LEVER / 30-30 | | 11/19/2007 |
| 175 | SAVAGE / 110 | 69287 / USED | F247543 | BOLT / 3006 | | 11/20/2007 |
| 175 | SAVAGE / 116 | 69290 / TRADE IN | F138844 | BOLT / 270 WIN | STAINLES | 11/21/2007 |
| 162 | CENTURY ARMS / BULGARIAN MAKAROV | 69292 / USED | BE252442 | SEMI / 9X18 MAK | BLUE | 11/21/2007 |
| 183 | VULCAN / 47 | 69295 / USED | K003189 | SEMI / 7.62X39 | BLUE | 11/21/2007 |
| 162 | WEATHERBY / VANGUARD | 69296 / USED | VS140769 | BOLT / 300 WSM | BLUE | 11/21/2007 |
| 175 | MOSSBERG / SILVER RESERVE | 69301 / USED | TR12029789 | O/U / 12 GA | | 11/21/2007 |
| 177 | CENTURY ARMS ROMAINIAN / WASR-10 | 69302 / USED | S1-85765-03 | SEMI / 7.62X39 | | 11/24/2007 |
| 162 | RUGER / P 89 | 69308 / USED | 313-15992 | SEMI / 9MM | | 11/26/2007 |

Continued...

# BATF Used Gun Report
Red's Trading Post

| Item # | Description 1<br>Description 2 | Log #<br>Status | Serial # | Action<br>Caliber | Barrel<br>Choke | Recv Inv #<br>Recv Date |
|---|---|---|---|---|---|---|
| 162 | SPRINGFIELD ARMORY<br>CHAMPION 1911 W/BOX | 69315<br>USED | WW80029 | SEMI<br>45ACP | | 11/28/2007 |
| 177 | TIKKA<br>T3 | 69323<br>USED | 744232 | BOLT<br>3006 | | 11/30/2007 |
| 175 | MARLIN<br>336 C | 69326<br>USED | 05045115 | LEVER<br>35 REM | | 11/30/2007 |
| 177 | SAVAGE<br>24V | 69327<br>USED | D348942 | O/U<br>357 M/20 | | 12/1/2007 |
| 160 | HIGH STANDARD<br>SENTINEL MK IV | 69328<br>USED | S2813 | REVOLVE<br>22 MAG | | 12/1/2007 |
| 160 | JENNINGS<br>BRYCO 38 | 69330<br>TRADE IN | 512837 | SEMI<br>380 ACP | | 12/1/2007 |
| 160 | HI POINT<br>C9 | 69333<br>TRADE IN | P197868 | SEMI<br>9MM | | 12/1/2007 |
| 175 | MOSSBERG<br>100 ATR | 69339<br>USED | BA061980 | BOLT<br>243 WIN | | 12/3/2007 |
| 175 | SAVAGE<br>110E | 69340<br>USED | E629440 | BOLT<br>7MM MAG | | 12/5/2007 |
| 168 | C SHARPS<br>1875 | 69351<br>USED | S792 | FALLINGB<br>45-90 | | 12/7/2007 |
| 173 | MOSSBERG<br>500 CR | 69359<br>USED | 19757B | PUMP<br>20 GA | | 12/10/2007 |
| 177 | ROM ARMS, CENTURY ARMS<br>AK 74 SAR 2 | 69360<br>USED | S2-06165-2002 | SEMI<br>5.45X39 | | 12/10/2007 |
| 181 | WINCHESTER<br>52 | 69364<br>TRADE IN | 82017C | BOLT<br>22 LR | | 12/12/2007 |
| 184 | BROWNING<br>GOLD HUNTER | 69365<br>TRADE IN | 113NN06229 | SEMI<br>12 GA | | 12/12/2007 |
| 179 | WINCHESTER<br>70 | 69367<br>USED | 223096 | BOLT<br>30-06 | | 12/13/2007 |
| 162 | SMITH & WESSON<br>13-3 | 69369<br>USED | ANN9470 | REVOLVE<br>357 MAG | | 12/14/2007 |
| 173 | REMINGTON<br>41 TARGET MASTER | 69370<br>USED | 296709 | BOLT<br>22 LR | | 12/14/2007 |
| 177 | GLOCK<br>17 | 69377<br>TRADE IN | KHC833 | SEMI<br>9MM | | 12/15/2007 |
| 177 | REMINGTON<br>700 | 69383<br>TRADE IN | S6478101 | BOLT<br>223 | | 12/17/2007 |
| 177 | BROWNING<br>BAR | 69390<br>USED | 137PM05941 | SEMI<br>243 | | 12/20/2007 |
| 180 | OLYMPIC ARMS<br>PCR 02 | 69393<br>TRADE IN | BT 1151 | SEMI<br>223 REM | | 12/22/2007 |
| 175 | REMINGTON<br>1100 | 69395<br>USED | N313937M | SEMI<br>12 GA | | 12/24/2007 |
| 182 | MARLIN - ANTIQUE<br>1893 TAKEDOWN | 69396<br>TRADE IN | 111889 | LEVER<br>32-40 | | 12/24/2007 |
| 180 | SMITH & WESSON<br>M&P 15 | 69397<br>TRADE IN | SW13665 | SEMI<br>223 | | 12/26/2007 |
| 173 | HENRY<br>LEVER CARBINE | 69398<br>TRADE IN | 012260 | LEVER<br>22 LR | | 12/26/2007 |
| 182 | BROWNING<br>SUPERPOSED | 69399<br>TRADE IN | 23434S73 | BREAK<br>12 GA | | 12/26/2007 |
| 162 | TAURUS<br>627 TRACKER | 69402<br>USED | XG198274 | REVOLVE<br>357 MAG | | 12/27/2007 |

Continued...

**BATF Used Gun Report**
Red's Trading Post

| Item # | Description 1<br>Description 2 | Log #<br>Status | Serial # | Action<br>Caliber | Barrel<br>Choke | Recv Inv #<br>Recv Date |
|---|---|---|---|---|---|---|
| 175 | REMINGTON<br>870 WINGMASTER | 69405<br>USED | C572517M | PUMP<br>12 GA | | 12/27/2007 |
| 173 | SAVAGE<br>93R17 | 69407<br>TRADE IN | 0812887 | BOLT<br>17 HMR | | 12/27/2007 |
| 177 | REMINGTON<br>700 BDL | 69409<br>TRADE IN | G6299637 | BOLT<br>7MM MAG | | 12/28/2007 |
| 175 | WESTER FIELD<br>m780 | 69412<br>TRADE IN | 230770 | BOLT<br>308 | | 12/29/2007 |
| 175 | ITM ARMS<br>ZASTAVA MK99 | 69414<br>TRADE IN | 0010734 | SEMI<br>7.62X39 | | 12/29/2007 |
| 163 | RUGER<br>MINI 14 RANCH RIFLE | 69415<br>TRADE IN | 196-68667 | SEMI<br>223 REM | | 12/31/2007 |
| 175 | WINCHESTER<br>70 | 69416<br>USED | G2474014 | BOLT<br>300 WSM | | 12/31/2007 |
| 163 | GLOCK<br>23 | 89418<br>TRADE IN | AWR441US | SEMI<br>40 S&W | | 1/2/2008 |
| 180 | OLYMPIC ARMS<br>MFR ULTRAMATCH | 69419<br>TRADE IN | BS0766 | SEMI<br>223 | | 1/2/2008 |
| 180 | BUSHMASTER<br>XM15-E2S DISAPATER | 69420<br>TRADE IN | L298770 | SEMI<br>223 | | 1/2/2008 |
| 175 | RUGER<br>M77 | 69438<br>USED | 770-60878 | BOLT<br>270 | | 1/7/2008 |
| 163 | SPRINGFIELD<br>XD-40 | 89439<br>USED | US401514 | SEMI<br>40 S&W | | 1/8/2008 |
| 179 | BUSHMASTER<br>XM15-E2S | 69440<br>USED | L462233 | SEMI<br>223 | | 1/8/2008 |
| 175 | NORINCO C.J.A.<br>MAK-90 SPORTER | 69443<br>USED | 94E88729 | SEMI<br>7.62X39 | | 1/9/2008 |
| 66220521291 | ROSSI MATCHED SET 20 22 243<br>TRIFECTA | 89444<br>REPAIR | SP753422 | BREAK<br>22,243,20 | | 1/10/2008 |
| 180 | BUSHMASTER<br>CARBON 15 | 69445<br>TRADE IN | E15983 | SEMI<br>223 | | 1/10/2008 |
| 175 | RUGER<br>M77-MK  II | 69446<br>USED | 791-35502 | BOLT<br>30-06 | | 1/12/2008 |
| 175 | ROSSI<br>TRIFECTA | 69447<br>USED | SP768053 | BREAK<br>22,243,20 | | 1/14/2008 |
| 175 | RUGER<br>10/22 | 69450<br>USED | 128-63309 | SEMI<br>22 LR | | 1/15/2008 |
| 175 | REMINGTON<br>870 EXPRESS MAG | 69451<br>USED | A576056M | PUMP<br>12 GA | | 1/15/2008 |
| 173 | H&R<br>58 | 69454<br>USED | AU409219 | BREAK<br>12 GA | | 1/15/2008 |
| 173 | H&R<br>088 | 69455<br>USED | AY566850 | BREAK<br>20 GA | | 1/15/2008 |
| 164 | MAGNUM RESEARCH/ IMI<br>DESERT EAGLE | 69456<br>USED | 32204400 | SEMI<br>50 AE | | 1/15/2008 |
| 180 | DAVIS<br>D38 | 69457<br>USED | D138204 | BREAK<br>38 SPL | | 1/15/2008 |
| 173 | WINCHESTER<br>70 WINTERNER | 69459<br>USED | G1519102 | BOLT<br>270 WIN | | 1/16/2008 |
| 177 | BROWNING<br>A BOLT WHITE GOLD MEDALLION | 69460<br>USED | 35062MM351 | BOLT<br>300 | | 1/16/2008 |
| 164 | SMITH & WESSON<br>460 | 89468<br>USED | DAK7444 | REVOLVE<br>460 SW | | 1/16/2008 |

Continued...

# BATF Used Gun Report
Red's Trading Post

| Item # | Description 1<br>Description 2 | Log #<br>Status | Serial # | Action<br>Caliber | Barrel<br>Choke | Recv Inv #<br>Recv Date |
|---|---|---|---|---|---|---|
| 162 | SMITH & WESSON<br>SIGMA | 69469<br>USED | RAV7703 | SEMI<br>9MM | | 1/16/2008 |
| 175 | REMINGTON<br>MODEL 700 | 69470<br>USED | 6441389 | BOLT<br>270 WIN | | 1/17/2008 |
| 175 | RUGER<br>M77 | 69471<br>USED | 70-22997 | BOLT<br>7MMREM | | 1/17/2008 |
| 175 | IVER JOHNSON<br>CHAMPION | 69472<br>USED | 72935C | BREAK<br>18 GA | | 1/17/2008 |
| 177 | THOMPSON CENTER<br>ENCORE | 69475<br>USED | 159921 | BREAK<br>FRAME | | 1/19/2008 |
| 179 | WINCHESTER<br>1892 | 69476 | 390143 | LEVER<br>32-20 | | 1/19/2008 |
| 180 | KIMBER OF OREGON<br>89 BGR | 69479<br>TRADE IN | 890842 | BOLT<br>30-06 | | 1/21/2008 |
| 177 | WINCHESTER<br>70 | 69480<br>TRADE IN | G2327135 | BOLT<br>22-250 | | 1/21/2008 |
| 162 | RUGER<br>P94 | 69482<br>TRADE IN | 308-39972 | SEMI<br>9MM | | 1/22/2008 |
| 175 | H & R<br>SB2 ULTRA | 69483<br>TRADE IN | HU372510 | BREAK<br>223 | | 1/22/2008 |
| 175 | MOSSBERG<br>935 | 69484<br>USED | AM058155 | SEMI<br>12 GA 3.5 | | 1/23/2008 |
| 162 | SMITH & WESSON<br>SW9VE | 69485<br>TRADE IN | RAN4675 | SEMI<br>9MM | | 1/23/2008 |
| 162 | SMITH & WESSON<br>SIGMA SW40VE | 69488<br>TRADE IN | RAY5511 | SEMI<br>40 S& W | | 1/24/2008 |
| 163 | GLOCK<br>21 | 69516<br>USED | DNP655US | SEMI<br>45 ACP | | 1/25/2008 |
| 173 | SAVAGE<br>93 | 69517<br>USED | 949359 | BOLT<br>22 MAG | | 1/25/2008 |
| 173 | NEW HAVEN MOSSBERG<br>600 AT | 69518<br>USED | H216113 | PUMP<br>12 GA | | 1/25/2008 |
| 175 ✳ | REMINGTON<br>870 WINGMASTER | 69520<br>USED | T8751660 | PUMP<br>12 GA | | 1/26/2008 |
| 173 | RUGER<br>10/22 | 69523<br>USED | 110-44562 | SEMI<br>22 LR | | 1/28/2008 |
| 173 | IAC/NORINCO<br>SKS | 69524<br>USED | 1701858 | SEMI<br>7.62X39 | | 1/28/2008 |
| 75233409950 | MKS HIPOINT<br>CARB 9MM 16.5 BLK | 69542 | E12870 | SEMI<br>9MM | | 2/1/2008 |
| 162 | RUGER<br>P345 | 69543<br>TRADE IN | 664-41129 | SEMI<br>45 ACP | | 2/1/2008 |
| 162 | GLOCK<br>27 | 69544<br>TRADE IN | LDC297 | SEMI<br>40 S&W | | 2/1/2008 |
| 175 | BENELLI<br>NOVA | 69546<br>TRADE IN | Z171477 | PUMP<br>12 GA | | 2/2/2008 |
| 2843 | BERETTA<br>8040D MINI COUGAR | 69547<br>USED | 055469MC | SEMI<br>40 S&W | | 2/2/2008 |
| 2843 | BERETTA<br>8040D MINI COUGAR | 69548<br>USED | 043132MC | SEMI<br>40 S&W | | 2/2/2008 |
| 2843 ✳ | BERETTA<br>8040D MINI COUGAR | 69549<br>USED | 094916MC | SEMI<br>40 S&W | | 2/2/2008 |
| 2843 ✳ | BERETTA<br>8040D MINI COUGAR | 69550<br>USED | 094909MC | SEMI<br>40 S&W | | 2/2/2008 |

Continued...

**BATF Used Gun Report**
Red's Trading Post

| Item # | Description 1<br>Description 2 | Log #<br>Status | Serial # | Action<br>Caliber | Barrel<br>Choke | Recv Inv #<br>Recv Date |
|--------|-------------------------------|-----------------|----------|-------------------|-----------------|-------------------------|
| ✓175 | RUGER<br>M77 MK II | 69555<br>TRADE IN | 781-10643 | BOLT<br>270 | | 2/5/2008 |
| ✓173 | ROSSI<br>62 SA | 69556<br>USED | G164966 | PUMP<br>22 LR | | 2/5/2008 |
| ✓160 | TAURUS<br>PT-22 | 69557<br>USED | AXF31173 | SEMI<br>22 LR | | 2/5/2008 |
| ✓175 | WINCHESTER<br>70 SUPER SHADOW | 69560<br>USED | G2484842 | BOLT<br>7MM WSM | | 2/5/2008 |

Total 112

**Department of Justice**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
**1313 North Atlantic, Suite 4100**
**Spokane, WA 99201**

| | |
|---|---|
| **Name:** | **Red's Trading Post, Inc.** |
| **Address:** | **215 Shoshone Street, South** |
| | **Twin Falls, ID 83301** |
| **License #:** | **9-82-083-02-9H-00046** |
| **UI#:** | **787065-2008-0206-B1B** |

# EXHIBIT #5

# Copy of Instructions to Transferor/Seller on the ATF F 4473

**EXCEPTION 1:** A person who has been convicted of a felony, or any other crime, for which the judge could have imprisoned the person for more than one year, or who has been convicted of a misdemeanor crime of domestic violence, is not prohibited from purchasing, receiving, or possessing a firearm if: (1) under the law of the jurisdiction where the conviction occurred, the person has been pardoned, the conviction has been expunged or set aside, or the person has had civil rights *(the right to vote, sit on a jury, and hold public office)* restored AND (2) the person is not prohibited by the law of the jursidiction where the conviction occurred from receiving or possessing firearms. Persons subject to this exception should answer "no" to 11.c. or 11.i., as applicable. A person who has been convicted of a misdemeanor crime of domestic violence also is not prohibited unless: (1) the person was represented by a lawyer or gave up the right to a lawyer; and (2) if the person was entitled to a jury, was tried by a jury or gave up the right to a jury trial. Persons subject to this exception should answer "no" to 11.i.

**EXCEPTION 2:** A nonimmigrant alien is not prohibited from purchasing, receiving, or possessing a firearm if the alien: (1) is in possession of a hunting license or permit lawfully issued in the United States; or (2) has received a waiver from the prohibition from the Attorney General of the United States. *(See 18 U.S.C. § 922(y)(2) for additional exceptions.)* Persons subject to one of these exceptions should answer "yes" to questions 11.l. and 12 and provide the documentation requested by question 20c.

5. **Restraining Orders:** Under 18 U.S.C. § 922, firearms may not be sold to or received by persons subject to a court order that: (A) was issued after a hearing which the person received actual notice of and had an opportunity to participate in; (B) restrains such person from harassing, stalking or threatening an intimate partner or child of such intimate partner or person, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child; and (C)(i) includes a finding that such person represents a credible threat to the physical safety of such intimate partner or child; or (ii) by its terms explicitly prohibits the use, attempted use, or threatened use of physical force against such intimate partner or child that would reasonably be expected to cause bodily injury. An "intimate partner" of a person is: the spouse or former spouse of the person, the parent of a child of the person, or an individual who cohabitates or has cohabited with the person.

6. **Engaged in the Business:** Under 18 U.S.C. §§ 922 and 923, it is unlawful for a person to engage in the business of dealing in firearms without a license. A person is engaged in the business of dealing in firearms if he or she devotes time, attention, and labor to dealing in firearms as a regular course of trade or business with the principal objective of livelihood and profit through the repetitive purchase and resale of firearms. A license is not required of a person who only makes occasional sales, exchanges, or purchases of firearms for the enhancement of a personal collection or for a hobby, or who sells all or part of his or her personal collection of firearms.

7. **Exportation of Firearms:** The State or Commerce Departments may require you to obtain a license prior to export.

### Instructions To Transferee/Buyer

1. The buyer must personally complete Section A of this form and certify *(sign)* that the answers are true and correct. However, if the buyer is unable to read and/or write, the answers *(other than the signature)* may be written by another person, excluding the seller. Two persons *(other than the seller)* must then sign as witnesses to the buyer's answers and signature.

2. When the buyer of a firearm is a corporation, company, association, partnership or other such business entity, an officer authorized to act on behalf of the business must complete Section A of the form with his or her personal information, sign Section A, and attach a written statement, executed under penalties of perjury, stating: (A) the firearm is being acquired for the use of and will be the property of that business entity, and (B) the name and address of that business entity.

3. If the transfer of the firearm takes place on a different day from the date that the buyer signed Section A, the seller must again check the photo identification of the buyer at the time of the transfer, and the buyer must complete the recertification in Section C at the time of transfer.

4. If the buyer is a member of the Armed Forces on active duty acquiring a firearm in the State where his or her permanent duty station is located, but does not reside at his or her permanent duty station, the buyer must list both his or her permanent duty station address and his or her residence address in response to question 2.

5. If you are a U.S. citizen with two states of residence, you should list your current residence address in response to question 2 *(e.g., if you are buying a firearm while staying at your weekend home in State X, you should list your address in State X in response to question 2).*

### Instructions To Transferor/Seller

1. **Know Your Customer:** Before a licensee may sell or deliver a firearm to a nonlicensee, the licensee must establish the identity, place of residence, and age of the buyer. The buyer must provide a valid government-issued photo identification to the seller that contains the buyer's name, residence address, and date of birth. The licensee must record the type, identification number, and expiration date *(if any)* of the identification in question 20a. A driver's license or an identification card issued by a State in place of a license is acceptable. Social security cards are not acceptable because no address, date of birth, or photograph is shown on the cards. A combination of government-issued documents may be provided. For example, if a U.S. citizen has two states of residence and is trying to buy a handgun in State X, he may provide a driver's license *(showing his name, date of birth, and photograph)* issued by State Y and another government-issued document *(such as a tax document)* from State X showing his residence address. If the buyer is a member of the Armed Forces on active duty acquiring a firearm in the State where his or her permanent duty station is located, but he or she has a driver's license from another State, you should list the buyer's military identification card and official orders showing where his or her permanent duty station is located in response to question 20a.

2. **Sale of Firearms to Legal Aliens (Part 1):** A buyer who is not a citizen of the United States must provide additional documentation *(beyond a valid government-issued photo identification that contains the buyer's name, residence address, and date of birth)* to establish that he or she has resided in a State continuously for at least 90 days immediately prior to the date of the sale. *See Definition 7.* Examples of appropriate documents to establish State residency are utility bills from each of the last 3 months immediately prior to the sale or a lease agreement which demonstrates 90 days of residency immediately prior to the sale. A licensee may attach a copy of the documentation to ATF Form 4473, rather than record the type of documentation in question 20b.

3. **Sale of Firearms to Legal Aliens (Part 2):** Even if a nonimmigrant alien can establish that he or she has a U.S.-issued alien number or admission number and has resided in a State for at least 90 continuous days immediately prior to the date of sale, he or she is prohibited from receiving a firearm unless he or she falls within an exception to the nonimmigrant alien prohibition. *(See Important Notice 4, Exception 2.)* If a nonimmigrant alien claims to fall within one of these exceptions by answering "yes" to question 12, he or she must provide the licensee with documentation of the exception *(e.g., hunting license/permit; waiver).* If the documentation is a hunting license/permit, the licensee must make sure it has not expired. An expired hunting license/permit does not qualify for the exception. A licensee may attach a copy of the documentation to ATF Form 4473, rather than record the type of documentation in question 20c.

4. If the buyer's name in question 1 is illegible, the seller must print the buyer's name above the name written by the buyer.

5. **NICS Check:** After the buyer has completed Section A of the form and the licensee has completed questions 18-20, and before transferring the firearm, the licensee must contact NICS *(see Instruction 8 below for NICS check exceptions.)* However, the licensee should NOT contact NICS and should stop the transaction if: the buyer answers "no" to question 11.a.; the buyer answers "yes" to any question in 11.b.-11.l., unless the buyer only has answered "yes" to question 11.l. and also answers "yes" to question 12; or the buyer is unable to provide the documentation required by question 20a, b, or c.

At the time that NICS is contacted, the licensee must record in question 21a-c: the date of contact, the NICS *(or State)* transaction number, and the initial response provided by NICS or the State. The licensee may record the Missing Disposition Information (MDI) date in 21c which NICS provides for delayed transactions *(States do not provide this number)*. If the licensee receives a *"delayed"* response, before transferring the firearm, the licensee must record in question 21d any response later provided by NICS or the State or that no resolution was provided within 3 business days. If the licensee receives a response from NICS or the State after the firearm has been transferred, he or she must record this information in question 21e. Note: States acting as points of contact for NICS checks may use terms other than *"proceed," delayed," "cancelled,"* or *"denied."* In such cases, the licensee should check the box that corresponds to the State's response. Some States may not provide a transaction number for denials. However, if a firearm is transferred within the three business day period, a transaction number is required.

6. **Unique Personal Identification Number (UPIN):** For purchasers approved to have information maintained about them in the FBI NICS Voluntary Appeal File (VAF), NICS will provide them with a Unique Personal Identification Number (UPIN), which the buyer should record in question 9. The licensee may be asked to provide the UPIN to NICS or the State.

7. **NICS Responses:** If NICS provides a *"proceed"* response, the transaction may proceed. If NICS provides a *"cancelled"* response, the seller is prohibited from transferring the firearm to the buyer. If NICS provides a *"denied"* response, the seller is prohibited from transferring the firearm to the buyer. If NICS provides a *"delayed"* response, the seller is prohibited from transferring the firearm unless 3 business days have elapsed and, before the transfer, NICS or the State has not advised the seller that the buyer's receipt or possession of the firearm would be in violation of law. See 27 CFR § 478.102(a) for an example of how to calculate 3 business days. If NICS provides a *"delayed"* response, NICS also will provide a Missing Disposition Information (MDI) date which calculates the 3 business days and reflects when the firearm(s) can be transferred under Federal law. States may not provide an MDI date. *Please note State law may impose a waiting period on transferring firearms.*

8. **EXCEPTIONS TO NICS CHECK:** A NICS check is not required if the transfer qualifies for any of the exceptions in 27 CFR § 478.102(d). Generally these include: (a) transfers where the buyer has presented the licensee with a permit or license that allows the buyer to possess, acquire, or carry a firearm, and the permit has been recognized by ATF as a valid alternative to the NICS check requirement; (b) transfers of National Firearms Act weapons approved by ATF; or (c) transfers certified by ATF as exempt because compliance with the NICS check requirements is impracticable. See 27 CFR § 478.102(d) for a detailed explanation. If the transfer qualifies for one of these exceptions, the licensee must obtain the documentation required by 27 CFR § 478.131. A firearm must not be transferred to any buyer who fails to provide such documentation.

9. If the transfer takes place on a different day from the date that the buyer signed Section A, the licensee must again check the photo identification of the buyer at the time of transfer, and the buyer must complete the recertification in Section C at the time of transfer.

10. For "denied" and "cancelled" NICS transactions, the person who completed Section B must complete Section D, questions 33-35.

11. Immediately prior to transferring the firearm, the seller must complete all of the questions in Section D.

12. Additional firearms purchases by the same buyer may not be added to the form after the seller has signed and dated it. A buyer who wishes to purchase additional firearms after the seller has signed and dated the form must complete a new ATF Form 4473. The seller must conduct a new NICS check.

13. In addition to completing this form, the seller must report any multiple sale or other disposition of pistols or revolvers on ATF Form 3310.4. (See 27 CFR § 478.126a).

14. If more than three firearms are involved in a transaction, the information required by Section D, questions 26-30, must be provided for the additional firearms on a separate sheet of paper, which must be attached to the ATF Form 4473 covering the transaction.

15. If the transfer occurs at a gun show or other qualifying event sponsored by any national, State, or local organization as authorized by 27 CFR § 478.100, the seller must record the location of the sale in question 19.

16. After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 *(which includes the Important Notices, Instructions, and Definitions)*, and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological *(by date)*, alphabetical *(by name)*, or numerical *(by transaction serial number)*, as long as all of the seller's completed Forms 4473 are filed in the same manner. **FORMS 4473 FOR DENIED/CAN-CELLED TRANSFERS MUST BE RETAINED:** If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer does not go through after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery or transfer did not take place shall be separately retained in alphabetical *(by name)* or chronological *(by date of transferee's certification)* order.

17. You may include any other information on this form that is relevant to the transaction.

18. If you or the buyer discover an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the buyer wish to make a record of your discovery, photocopy the inaccurate form. Make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer only should make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

## Definitions

1. **Over-the-counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

2. **State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

3. **Under Indictment or Information or Convicted in any Court:** An indictment, information, or conviction in any Federal, State, or local court.

4. **Misdemeanor Crime of Domestic Violence:** A Federal, State, local, or tribal offense that is a misdemeanor under Federal, State, or tribal law and has, as an element, the use or attempted use of physical force, or the threatened use of a deadly weapon, committed by a current or former spouse, parent, or guardian of the victim, by a person with whom the victim shares a child in common, by a person who is cohabiting with, or has cohabited with the victim as a spouse, parent, or guardian, or by a person similarly situated to a spouse, parent, or guardian of the victim. The term includes all misdemeanors that have as an element the use or attempted use of physical force or the threatened use of a deadly weapon *(e.g., assault and battery)*, if the offense is committed by one of the defined parties.

5. **Adjudicated as a Mental Defective:** (a) A determination by a court, board, commission, or other lawful authority that a person, as a result of marked subnormal intelligence, or mental illness, incompetency, condition, or disease: (1) Is a danger to himself or to others; or (2) Lacks the mental capacity to contract or manage his own affairs. (b) This term shall include - (1) A finding of insanity by a court in a criminal case; and (2) Those persons found incompetent to stand trial or found not guilty by reason of lack of mental responsibility pursuant to articles 50a and 72b of the Uniform Code of Military Justice, 10 U.S.C. 850a, 876b.

6. **Committed to a Mental Institution:** A formal commitment of a person to a mental institution by a court, board, commission, or other lawful authority. The term includes a commitment to a mental institution involuntarily. The term includes commitment for mental defectiveness or mental illness. It also includes commitments for other reasons, such as for drug use. The term does not include a person in a mental institution for observation or a voluntary admission to a mental institution.

ATF Form 4473 (5300.9) Part I
Revised May 2007

**Department of Justice**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
1313 North Atlantic, Suite 4100
Spokane, WA 99201

**Name:**      Red's Trading Post, Inc.
**Address:**   215 Shoshone Street, South
               Twin Falls, ID 83301
**License #:** 9-82-083-02-9H-00046
**UI#:**       787065-2008-0206-B1B

# EXHIBIT #6

# Copy information provided by Smith & Wesson to the Firearms Dealers



## "Smith & Wesson Consumer Offer"

## Buy an i-Bolt Rifle, M&P15 Rifle or X Frame Revolver...
## <u>Get a Sigma VE Pistol for $99</u>

Starting November 1, 2007 when a consumer purchases any **NEW** Smith & Wesson **i-Bolt Rifle, M&P15 Rifle or X Frame Revolver** they will have the option to buy a **NEW Sigma Handgun for $99!** This offer runs from November 1, 2007 and ends January 31, 2008. Review your inventory of i-Bolts, M&P15 Rifles, X Frames and Sigma VE models to insure you have ample product for this promotion. If you have any questions contact your Smith & Wesson District Sales Manager.

**Here's how the program works:**
- Consumer will purchase the i-Bolt Rifle, M&P 15 Rifle or X Frame Revolver from any Smith & Wesson Authorized Dealer.
- Dealer will sell $99 Sigma VE to consumer at the same time.
- Dealer will complete all required Federal and State paperwork.
- Dealer must send a copy of the completed 4473 Form with purchaser name and serial numbers listed and the attached redemption form, along with an updated Signed FFL and a check or credit card payment for $99 to Smith & Wesson.
- Smith & Wesson will then ship the NEW Sigma VE to the Dealer (sku 120023/25 or 220023/25)
- Please submit redemption forms as soon as possible.

### Example of Required Redemption Information

| Date | i-Bolt, M&P15, X Frame | Serial Number | Sale Price | 4473 Copy | Payment |
|------|------------------------|---------------|------------|-----------|---------|
| xx/xx/2007 | Model Sold Example: M&P15 | Serial Number XXX0000 | $XXX | ✓ | N/A |
| xx/xx/2007 | Sigma Sold Example; 220023 | Serial Number XXX0000 | $99 | ✓ | Check/ Credit Card |

All claims must be sent to "Smith & Wesson $99 Sigma Offer " 2100 Roosevelt Avenue, Springfield, MA. 01102-2208 and received no later than February 15, 2008. This promotion does not apply to tax exempt orders or used guns. Offer is valid in those states in the USA where not prohibited, taxed or restricted by law. **This offer cannot be combined with any other offers from Smith & Wesson.** Recipient is responsible for all- applicable State and Federal Tax. Smith & Wesson reserves the right to discontinue or change this program at any time. Please allow 1-2 weeks for delivery. Because of age and other restrictions, not all persons will be eligible for some items described in this promotion.



## $99 Sigma Redemption Form

Dealer Name: _____

Address: _____

City: _____ State: _____ Zip: _____

Authorized Signature: _____

| Date | Model (i-Bolt, M&P15, X Frame) | Serial Number | Sale Price | 4473 Copy | Payment |
|---|---|---|---|---|---|
| | | | | | N/A |
| | Sigma sku: | | $99 | | |

| Date | Model (i-Bolt, M&P15, X Frame) | Serial Number | Sale Price | 4473 Copy | Payment |
|---|---|---|---|---|---|
| | | | | | N/A |
| | Sigma sku: | | $99 | | |

| Date | Model (i-Bolt, M&P15, X Frame) | Serial Number | Sale Price | 4473 Copy | Payment |
|---|---|---|---|---|---|
| | | | | | N/A |
| | Sigma sku: | | $99 | | |

| Date | Model (i-Bolt, M&P15, X Frame) | Serial Number | Sale Price | 4473 Copy | Payment |
|---|---|---|---|---|---|
| | | | | | N/A |
| | Sigma sku: | | $99 | | |

Send redemption form; FFL; check, money order or credit card to:

**Smith & Wesson® 2100 Roosevelt Avenue**

**Springfield, MA  01102-2208 Attn: $99 Sigma Offer**

☐Personal Check      ☐Money Order

☐VISA          ☐Master Card   ☐ Discover      ☐ Am Ex

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Credit Card Number

☐☐☐☐      _____

Expiration Date      SIGNATURE (required on all credit cards)

Please make checks and money orders payable to:  Smith & Wesson

Credit Card Orders may be faxed to: (413) 734-6984

**Department of Justice**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
**1313 North Atlantic, Suite 4100**
**Spokane, WA 99201**

**Name:**      **Red's Trading Post, Inc.**
**Address:**   **215 Shoshone Street, South**
              **Twin Falls, ID 83301**
**License #:** **9-82-083-02-9H-00046**
**UI#:**       **787065-2008-0206-B1B**

# EXHIBIT #7

# Report of Violations, ATF F 5030.5

02/12/2008 15:22 FAX 509 3247874          SPOKANE AO                          ☑001



```
*****************************
***    ACTIVITY REPORT    ***
*****************************
```

| ST. TIME | DESTINATION TEL/ID | NO. | MODE | | PGS. | RESULT | |
|---|---|---|---|---|---|---|---|
| *02/07 16:58 | 2087342793 | 5971 | AUTO RX | ECM | 2 | OK | 00'42 |
| *02/08 08:30 | REDS TRADING POS    12087342793 | 0588 | TRANSMIT | ECM | 3 | OK | 00'29 |
| *02/08 08:43 | | 5972 | AUTO RX | ECM | 1 | NG | 01'36 |
| | | | | | | 1 | |
| *02/08 08:47 | | 5973 | AUTO RX | ECM | 2 | OK | 00'50 |
| *02/08 09:26 | REDS TRADING POS    12087342793 | 0589 | TRANSMIT | ECM | 2 | OK | 00'32 |
| *02/08 09:4█ | | 0590 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | | 1 STOP | |
| *02/08 09:42 | | 0591 | TRANSMIT | ECM | 7 | OK | 01'58 |
| *02/08 09:45 | | 5974 | AUTO RX | ECM | 4 | OK | 01'38 |
| *02/08 10:19 | | 0592 | TRANSMIT | ECM | 4 | OK | 01'06 |
| *02/08 10:45 | 2087342793 | 5975 | AUTO RX | ECM | 2 | OK | 00'41 |
| *02/08 11:36 | REDS TRADING POS    12087342793 | 0593 | TRANSMIT | ECM | 3 | OK | 00'27 |
| *02/08 12:50 | | 0594 | TRANSMIT | ECM | 10 | OK | 02'06 |
| *02/08 13:31 | | 0595 | TRANSMIT | ECM | 10 | OK | 02'07 |
| *02/09 16:17 | 2087342793 | 5976 | AUTO RX | ECM | 2 | OK | 00'45 |
| *02/11 09:08 | | 0596 | TRANSMIT | ECM | 8 | OK | 01'44 |
| *02/11 10:0█ | | 0597 | TRANSMIT | ECM | 3 | OK | 01'15 |
| *02/11 15:20 | | 0598 | TRANSMIT | ECM | 2 | OK | 00'25 |
| *02/11 17:11 | 2087342793 | 5977 | AUTO RX | ECM | 2 | OK | 00'41 |
| *02/12 07:05 | REDS TRADING POS    12087342793 | 0599 | TRANSMIT | ECM | 3 | OK | 00'32 |
| 02/12 15:21 | REDS TRADING POS    12087342793 | 0600 | TRANSMIT | ECM | 3 | OK | 00'41 |