U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Violations

## Instructions

Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor | Street Address | City | State | Zip Code | County | Page 1 of |
|---|---|---|---|---|---|---|
| Red's Trading Post Inc. | 215 Shoshone St S | Twin Falls | ID | 83301- | Twin Falls | 2 Pages |

| License/Permit/Registry Number *(If any)* | Expiration Date | Date(s) or Period of Inspection |
|---|---|---|
| 9820830029H00046 | 8/1/2009 | 02/06/2008 through 02/06/2008 |

## Inspection Results

An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

**Number:** 1

**Nature of Violation:**
The licensee failed to initiate a NICS check on two firearms purchasers. The licensee initiated one NICS check on one date and transferred a firearm. On a subsequent date the licensee transferred a second firearm to the same purchaser without initiating a second NIC check as instructed on the ATF F 4473; Instruction 12.

**Citation:** 27 CFR 478.102(a)

**Date Corrections to be Made:**
*(If not corrected immediately)*

**Corrective Action to be Taken:** The licensee was advised of the proper procedure for transfer of firearms under this circumstance. The licensee was further advised that if two firearms are transferred on separate days a new ATF F 4473 and NICS check must be completed.
*(If not corrected immediately)*

**Number:** 2

**Nature of Violation:**
The licensee failed to complete an ATF F 4473 for two firearms transactions. The licensee transferred one firearm to the purchaser on one day and a second firearm to the same purchaser on a second date. The second firearm transferred was added to the original ATF F 4473. Instruction 12 to the Seller on the ATF F 4473 states that additional firearms purchases by the same buyer may not be added to the form after the seller has signed and dated it. This occurred for two different purchasers.

**Citation:** 27 CFR 478.124(a)

**Date Corrections to be Made:**
*(If not corrected immediately)*

**Corrective Action to be Taken:** The licensee was advised of the proper procedure for transfer of firearms under this circumstance. The licensee was further advised that if two firearms are transferred on separate days a new ATF F 4473 and NICS check must be completed.
*(If not corrected immediately)*

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Violations

## Instructions

Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor | Street Address | City | State | Zip Code | County | Page 2 of |
|---|---|---|---|---|---|---|
| Red's Trading Post Inc. | 215 Shoshone St S | Twin Falls | ID | 83301- | Twin Falls | 2 Pages |

| License/Permit/Registry Number (If any) | Expiration Date | Date(s) or Period of Inspection |
|---|---|---|
| 98208302H00046 | 8/1/2009 | 02/06/2008 through 02/06/2008 |

## Inspection Results

An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

**Number:** 3

**Nature of Violation:**
The licensee failed to obtain an acceptable form of a Government-issued Identification and to verify the residence address listed on the ATF F 4473 to the identification. The licensee accepted a Montana Driver's License when the purchaser indicated an Idaho current residence address on the ATF F 4473.

**Citation:** 27 CFR 478.124(c)(3)(i)

**Date Corrections to be Made:**
(If not corrected immediately)

**Corrective Action to be Taken:** The licensee was instructed to verify the address on the Government issued identification to the ATF F 4473. The licensee was further advised of the acceptable procedures to follow if the identification address did not agree with the identification information.
(If not corrected immediately)

**Number:** 4

**Nature of Violation:**
The licensee failed to maintain an accurate Acquisition Record. The licensee entered two firearms with inaccurate serial numbers. The licensee's acquisition record indicated a serial number of a Norinco Mak-90 Sporter as 94E88729. The accurate serial number listed on the firearm was 94888729. The licensee recorded a Remington 870 Wingmaster serial number as T8751660 and the accurate serial number on the firearm was T875166V.

**Citation:** 27 CFR 478.125(e)

**Date Corrections to be Made:**
(If not corrected immediately)

**Corrective Action to be Taken:** The licensee corrected the Acquisition Record to reflect the accurate serial numbers at the time of the inspection. The licensee was advised to establish procedures to ensure proper completion of the record.
(If not corrected immediately)

| Signature and Title of ATF Officer | Date |
|---|---|
| [signature] | |

For Official Use Only

| I Have Received a Copy of This Report of Violations (Proprietor's signature and title) | Date |
|---|---|
| [signature] | 2/2/08 |

ATF E-Form 5030.5
Revised April 2005