J. Walter Sinclair, ISB No. 2243
Email: jwsinclair@stoel.com
Mark S. Geston, ISB No. 1346
Email: msgeston@stoel.com
STOEL RIVES LLP
101 S Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: (208) 389-9000
Facsimile: (208) 389-9040

Richard E. Gardiner (Admitted *Pro Hac Vice*)
Email: regardiner@cox.net
Suite 404
10560 Main Street
Fairfax, VA 22030
Telephone: (703) 352-7276
Facsimile: (703) 359-0938

Attorneys for Petitioner

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RED'S TRADING POST, INC., <br><br> Petitioner, <br><br> v. <br><br> RICHARD VAN LOAN, Director of Industry Operations, Bureau of Alcohol, Tobacco, Firearms and Explosives, <br><br> Respondent. | Case No. 07-090-EJL <br><br> **STIPULATION FOR DISMISSAL WITH PREDJUDICE** |

IT IS STIPULATED by and between the parties hereto and by and through their respective counsel, that the above entitled action has been fully settled and compromised, and may be dismissed with prejudice, each party to bear its own costs and attorney's fees.

**STIPULATION FOR DISMISSAL WITH PREDJUDICE - 1**
Boise-218353.1 0037424-00001

DATED: February 4, 2009.

STOEL RIVES LLP

*[signature]*

J. Walter Sinclair
Mark S. Geston
Richard E. Gardiner (*Pro Hac Vice*)

Attorneys for Petitioner

DATED: February 4, 2009.

THOMAS E. MOSS
U. S. ATTORNEY

*[signature]*

Deborah A. Ferguson
Assistant United States Attorney

Attorney for Respondent

**STIPULATION FOR DISMISSAL WITH PREDJUDICE - 2**

Boise-218353 1 0037424-00001

## CERTIFICATE OF SERVICE

I hereby certify that on __4__ day of February, 2009, I served a copy of the **STIPULATION FOR DISMISSAL WITH PREDJUDICE** on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

Deborah.ferguson@usdoj.gov

*[signature]*
Mark S. Geston

**STIPULATION FOR DISMISSAL WITH PREDJUDICE - 3**
Boise-218353.1 0037424-00001