UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RED'S TRADING POST, INC., | Case No. 07-090-EJL |
| Petitioner, | ORDER |
| v. | |
| RICHARD VAN LOAN, Director of Industry Operations, Bureau of Alcohol, Tobacco, Firearms and Explosives, | |
| Respondent. | |

The parties hereto having filed their STIPULATION FOR DISMISSAL WITH PREJUDICE (Dkt. No. 98), and good cause appearing, IT IS ORDERED that the above-entitled be, and the same hereby is DISMISSED WITH PREJUDICE, each party to pay its/his own attorneys' fees and costs herein.

DATED: **February 5, 2009**

~~Honor~~able Edward J. Lodge
U. S. District Judge